IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civ. Action No. 1:23-cv-00931-CFC |
| ) | |
| XAVIER BECERRA, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Daniel B. Kohrman to represent proposed amici curiae AARP, AARP Foundation, Center for Medicare Advocacy, Justice In Aging, and the Medicare Rights Center. Proposed amici plan to file a brief supporting defendants' cross-motion for summary judgment and opposition to plaintiffs' motion for summary judgment in the above-captioned matter.

Signed: */s/ John S. Whitelaw*                                    Date: November 7, 2023

John S. Whitelaw (Delaware State Bar ID No. 3446)
COMMUNITY LEGAL AID SOCIETY, INC.
100 W. 10th Street, Suite 801
Wilmington, DE 19801
Tel: (302) 575-0660 ext. 215
Fax: (302-575-0840)
jwhitelaw@declasi.org

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission of Daniel B. Kohrman pro hac vice in the above-captioned matter is GRANTED.

Signed: _____  Date: _____, 2023
               United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the

Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *[signature]*      Date: November 7, 2023

Daniel B. Kohrman (DC Bar ID No. 394064)
AARP FOUNDATION
601 E Street N.W., Room B4-205
Washington, DC 20049
Tel: 202-434-2064
Fax: (202) 434-6424
dkohrman@aarp.org

Proposed Attorney for Amici Curiae

## CERTIFICATE OF SERVICE

I, John S. Whitelaw, hereby certify that a copy of the foregoing **MOTION and ORDER** have been filed electronically and are available for viewing and downloading from the Electronic Case Filing system of the United States District Court for the District of Delaware.

Date:  November 7, 2023                                      /s/ John S. Whitelaw
                                                                                     JOHN S. WHITELAW
                                                                                     Counsel for Amici