## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA AB,
        *Plaintiffs*,

v.

XAVIER BECERRA, in his official capacity as
Secretary of the U.S. Department of Health and
Human Services, CHIQUITA BROOKS-LASURE,
in her official capacity as Administrator of the
Centers for Medicare & Medicaid Services, and
AARP,
        *Defendants*.

Case No. 1:23-cv-00931-CFC

## MOTION BY ECONOMISTS AND SCHOLARS OF HEALTH POLICY TO APPEAR AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS

Amici curiae economists and scholars of health policy respectfully move the Court for leave to file the attached brief in support of the defendants in this case. The defendants consent to this request, and the plaintiffs take no position. Amici are the following economists and health policy scholars, each of whom focuses their work on healthcare markets and pharmaceutical drug pricing.

**Richard G. Frank**
Margaret T. Morris Professor of Health Economics Emeritus,
Harvard Medical School;
Leonard D. Schaeffer Chair in Economic Studies,
The Brookings Institution

**Fiona M. Scott Morton**
Theodore Nierenberg Professor of Economics,
Yale School of Management

**Aaron S. Kesselheim**
Professor of Medicine,
Brigham and Women's Hospital/Harvard Medical School

**Gerard F. Anderson**
Professor of Health Policy & Management,

Johns Hopkins University Bloomberg School Public Health;
Professor of Medicine,
Johns Hopkins University School of Medicine

**Rena Conti**
Associated Professor,
Questrom Business School, Boston University

**David M. Cutler**
Otto Eckstein Professor of Applied Economics
Harvard University

**Jack Hoadley**
Research Professor Emeritus,
Health Policy Institute, McCourt School of Public Policy, Georgetown University

Because *amici* are economists and scholars of health policy, not lawyers, they do not directly address the parties' competing constitutional arguments about the drug-pricing provisions of the Inflation Reduction Act. They do, however, seek to provide the Court with background necessary to understand the context in which the parties' constitutional arguments arise—context concerning the economics of the Medicare market; the relationship between intellectual property rights, drug prices, and innovation; and the Inflation Reduction Act's role in correcting for market failure and restoring bargaining equity.

November 8, 2023                    Respectfully submitted,

*/s/ Christine M. Mackintosh*
CHRISTINE M. MACKINTOSH (#5085)
GRANT & EISENHOFER P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
(302) 622-7081
*cmackintosh@gelaw.com*

DEEPAK GUPTA
GUPTA WESSLER LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*

*Counsel for Amici Curiae*