**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ASTRAZENECA PHARMACEUTICALS LP,     :

             :

   Plaintiff,     :

             :

   v.       :  Civil Action No. 23-931-CFC

             :

XAVIER BECERRA, in his official capacity :

as SECRETARY OF HEALTH AND  :

HUMAN SERVICES,     :

             :

   and      :

             :

CHIQUITA BROOKS-LASURE,   :

in her official capacity as    :

ADMINISTRATOR OF THE CENTERS :

FOR MEDICARE & MEDICAID   :

SERVICES,      :

     Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ENTRY OF APPEARANCE

Please enter the appearance of Jacob Laksin, Assistant United States Attorney for the District of Delaware, as co-counsel for all Defendants in the above-captioned matter.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY:     */s/ Jacob Laksin*
        Jacob Laksin
        Assistant United States Attorney
        United States Attorney's Office
        District of Delaware
        1313 N. Market Street, Suite 400
        Wilmington, DE 19801
        302-225-9409
        jacob.laksin@usdoj.gov


Dated:        January 29, 2024