IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 23-931-CFC |

## NOTICE OF APPEARANCE

Please take notice that Brian D. Netter, Deputy Assistant Attorney General for the Civil Division, U.S. Department of Justice, hereby enters his appearance as counsel for all Defendants in the above-captioned matter.

Dated: January 29, 2024

Respectfully submitted,

/s/ Brian D. Netter
BRIAN D. NETTER
Deputy Assistant Attorney General
   (DC Bar No. 979362)
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Tel: (202) 514-2000
Email: brian.netter@usdoj.gov

*Counsel for Defendants*