IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SEVICES,<br><br>and<br><br>CHIQUITA BROOKS-LASURE, in her official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>Defendants. | Civ. No. 23-931-CFC |

## **ORDER**

Although Defendants do not challenge Plaintiffs' standing to pursue Count III, "federal courts have an obligation to assure [them]selves of litigants' standing under Article III." *Wayne Land & Min. Grp., LLC v. Delaware River Basin Comm'n*, 959 F.3d 569, 574 (3d Cir. 2020) (citation and internal quotation marks omitted). Accordingly, it is HEREBY ORDERED that no later than February 12, 2024, each side shall file supplemental briefing, not to exceed 2,000 words,

addressing whether Plaintiffs have standing to assert Count III.

_____
CHIEF JUDGE