IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SEVICES,<br><br>and<br><br>CHIQUITA BROOKS-LASURE, in her official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>Defendants. | Civ. No. 23-931-CFC |

## ORDER

At Wilmington on this First day of March in 2024, having considered the

parties' cross-motions for summary judgment, it is hereby ORDERED that

Plaintiffs' Motion for Summary Judgment (D.I. 18) is DENIED; and it is further

ORDERED that Defendants' Cross-Motion for Summary Judgment (D.I. 21) is

GRANTED.

CHIEF UNITED STATES DISTRICT JUDGE