IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SEVICES,<br><br>and<br><br>CHIQUITA BROOKS-LASURE, in her official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>Defendants. | Civ. No. 23-931-CFC |

**JUDGMENT IN A CIVIL CASE**

For the reasons stated in the Court's Memorandum Opinion and Order of March 1, 2024;

IT IS ORDERED that judgment is entered in favor of Defendants and against Plaintiffs.

Dated: 3·1·24

_____
Chief Judge

_____
(By) Deputy Clerk