# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>and<br><br>CHIQUITA BROOKS-LASURE, in her official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>Defendants. | Civil Action No. 23-931-CFC |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs AstraZeneca Pharmaceuticals LP and AstraZeneca AB hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's March 1, 2024 Memorandum Opinion (D.I. 70), Order denying Plaintiffs' motion for summary judgment and granting Defendants' cross-motion for summary judgment (D.I. 71), and corresponding Judgment (D.I. 72), and

1

from all orders, opinions, decisions, and rulings prior to the entry of the order that merge therein.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 29, 2024 | McCarter & English, LLP |
| Catherine E. Stetson*<br>Susan M. Cook*<br>Marlan Golden*<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>Tel: (202) 637-5600<br>cate.stetson@hoganlovells.com<br>susan.cook@hoganlovells.com<br>marlan.golden@hoganlovells.com<br><br>*admitted pro hac vice | */s/ Daniel M. Silver*<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br><br>*Attorneys for Plaintiffs* |

2