# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 23-931-CFC |

## WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.7, undersigned counsel, Alexander V. Sverdlov, hereby withdraws his appearance on behalf of Defendants in this matter. The undersigned is no longer assigned to handle this matter and will, therefore, no longer be participating in this case. Defendants remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

DATE: December 16, 2024

Respectfully submitted,

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
  (NY Bar 4918793)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-8550
alexander.v.sverdlov@usdoj.gov

*Counsel for Defendants*